```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| JEFFREY T. O'LEARY,             )<br>                                 )<br>          Plaintiff,            )<br>                                 )<br> v.                              )<br>                                 )<br> CAROLYN W. COLVIN, Acting,      )<br> Commissioner of Social          )<br> Security,[1]                    )<br>                                 )<br>          Defendant.             ) | No.  CV-12-0490-CI<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR REMAND PURSUANT<br>TO SENTENCE FOUR OF 42<br>U.S.C. § 405(g) |

BEFORE THE COURT is the parties' stipulated Motion for Remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 23.  Attorney Maureen . Rosette represents Plaintiff; Special Assistant United States Attorney Kathy Reif represents Defendant.  The parties have consented to proceed before a magistrate judge.  ECF No. 6.  After considering the file, and proposed order,

**IT IS ORDERED:**

1. The parties' Motion for Remand, **ECF No. 23,** is **GRANTED**.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin is substituted for Michael J. Astrue as the defendant in this suit.  No further action need be taken to continue this suit.  42 U.S.C. § 405(g)

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the ALJ will evaluate the opinions of Dr. Sabourin and Dr. Shanks; evaluate the residual functional capacity and specify the evidence which supports the assessed limitations; and secure supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's occupational base.

2. Judgment shall be entered for the **PLAINTIFF**.

3. Plaintiff's Motion for Summary Judgment, **ECF No. 18,** is stricken as moot.

4. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED April 9, 2013.

                         S/ CYNTHIA IMBROGNO
                   UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2