UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

JEFFREY T. O'LEARY,

          Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

          Defendant.

No.   CV-12-490-CI

JUDGMENT IN A
CIVIL CASE

**STIPULATION BY THE PARTIES:**

The parties have stipulated to the remand of the captioned matter pursuant

to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

This matter is **REMANDED** for additional proceedings pursuant to

sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the

file shall be closed.

1 | **JUDGMENT IN A CIVIL CASE**

DATED:  April 9, 2013

SEAN F. McAVOY
Clerk of Court

By: *s/Karen White*
    Deputy Clerk

2 | **JUDGMENT IN A CIVIL CASE**